IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:10-CR-221-1H

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| STEVEN SCHRIEFELS, | ) | |
| Defendant. | ) | |

This matter is before the court on the government's motion, pursuant to 18 U.S.C. § 3145(a)(1), to revoke the Eastern District of Arkansas' October 4, 2010, order releasing defendant on conditions pending his trial in this court. Following a hearing held on October 20, 2010, United States Magistrate Judge David W. Daniel filed a Memorandum and Recommendation (M&R) recommending that the government's motion be granted and that defendant be detained pending trial. Defendant has filed no objection, and the time for doing so has expired. Therefore, this matter is ripe for adjudication.

A full and careful review of the M&R and other documents of record convinces the court that the recommendation of the magistrate judge is, in all respects, in accordance with the law and should be approved. Accordingly, the court hereby adopts the recommendation of the magistrate judge as its own. For the reasons stated in the M&R, the government's motion [DE #5] is GRANTED and defendant is

ordered detained pending trial.

Defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. The defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of the United States court or on request of an attorney for the government, the person in charge of the corrections facility must deliver the defendant to the United States Marshal for a court appearance.

This 9th day of November 2010.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#31